# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-15-00015-CR

**Ronald Lee Verdi, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
NO. D-11-0505-SA, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellant Robert Lee Verdi, Jr. was charged with aggravated sexual assault of a child, a first degree felony. Tex. Penal Code § 22.021(a)(2)(B). Verdi pleaded guilty to the offense, and the trial court placed him on probation for six years. In July 2014, the State filed a motion to revoke Verdi's probation based on eight violations of his probation. Verdi admitted that four of the alleged violations were true and, after a bench trial, the trial court found that six of the alleged violations were true. The trial court revoked Verdi's probation and assessed punishment at 50 years' confinement in the Texas Department of Criminal Justice–Institutional Division.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See Anders v. California*, 386 U.S. 738, 744 (1967);

*Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86–87 (1988).

Appellant's counsel has represented to the Court that he has provided copies of the motion and the brief to the appellant; advised the appellant of his right to examine the appellate record and file a pro se brief; and provided the appellant with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We have not received a pro se brief from the appellant.

We have conducted an independent review of the record, including appellate counsel's brief, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner,* 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and the appeal is frivolous.

Counsel's motion to withdraw is granted. The judgment of conviction is affirmed.

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Affirmed

Filed: November 20, 2015

Do Not Publish

2